**Order entered September 30, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00777-CV**

**IN RE JAY SANDON COOPER, Relator**

**Original Proceeding from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-86065-2019**

## ORDER

Before Justices Schenck, Nowell, and Garcia

In accordance with this Court's opinion of this date, this proceeding is

**DISMISSED** for want of jurisdiction.

/s/    DENNISE GARCIA
       JUSTICE